LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Candice Trudeau

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Candice Trudeau, <br><br> Plaintiff, <br><br> vs. <br><br> Midland Credit Management <br><br> Defendants. | Case No.: 3:10-cv-00791-EDL <br><br> ~~PROPOSED~~ ORDER |

# ORDER TO RESET INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to the Motion for a Reset of an Initial Case Management Conference,

**IT IS HEREBY ORDERED** that: The Initial Case Management Conference scheduled for June 8, 2010 at 10:00 a.m is reset to __July 20__, 2010 at __10:00 a.m.__.

**IT IS SO ORDERED.**

Dated: __June 4__, 2010

_Elizabeth D. Laporte_
Honorable Elizabeth D. Laporte
Magistrate Judge of the District Court