**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CANDICE TRUDEAU,

10          Plaintiff,                         No. C-10-791-EDL

11     v.                                **ORDER GRANTING APPLICATION  TO
                                         APPEAR TELEPHONICALLY**
12    MIDLAND CREDIT MANAGEMENT,

13          Defendant.

14   _____/

15          On June 21, 2010, Plaintiff's counsel filed a request to appear telephonically at the initial case

16   management conference set for July 20, 2010 at 10:00 a.m.  Defendant's counsel has represented to

17   the Court that it has no objection to this request.  Good cause appearing, IT IS HEREBY ORDERED

18   that the Request is GRANTED. Counsel shall stand by beginning at 10:00 a.m. on July 20, 2010

19   until called by the Court.  No later than two Court days prior, the parties shall call the Court's

20   courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call for this

21   appearance.

22

23   **IT IS SO ORDERED.**

24
                                         _____
25   Dated: June 22, 2010                 ELIZABETH D. LAPORTE
                                         United States Magistrate Judge
26

27

28