Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Attorney for Plaintiff

Michael R. Simmonds (SBN 96238)
SIMMONDS & NARITA LLP
44 Montgomery St., Suite 3010
San Francisco CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
msimmonds@snllp.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **Candice Trudeau,**<br><br>Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br><br>Defendant. | CASE NO.: 3:10-cv-00791-EDL<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Defendant Midland Credit Management, Inc., and Plaintiff Candice Trudeau, by and through their designated counsel of record, hereby stipulate and agree that the

above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.

Respectfully submitted this 26th day of January, 2011.

>By: _s/Lara R. Shapiro
> Lara R. Shapiro
> Attorney for Plaintiff

>By: _s/Michael R. Simmonds
> Michael R. Simmonds
> SIMMONDS & NARITA LLP
> Attorneys for Defendant